Form osc1006 – osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–22098–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lee R. Jefferson
766 Gornik Drive
Perth Amboy, NJ 08861

Social Security No.:
xxx–xx–9198

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH D.N.J. LBR 1006–1, PAYMENT OF FILING FEES IN INSTALLMENTS

The debtor filed a petition on October 28, 2020, and has failed to comply with the Court's local rule, D.N.J. LBR 1006–1, Payment of Filing Fees in Installments as noted below:

☑ Debtor has not paid the filing fee in the amount of $310.00 in full at the time of the filing of the petition.

☐ Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐ Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

It is hereby

ORDERED that the following document and/or fee must be submitted to the Clerk or the case will be dismissed.

☑ Filing fee in the amount of $310.00

☐ Application for Individuals to Pay the Filing Fee in Installments

☐ Initial installment payment in the amount of $

☐ Balance of initial installment payment due in compliance with D.N.J. LBR 1006–1, in the amount of $

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: December 1, 2020
Time: 02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

to show cause why the case should not be dismissed.

If **all** required documents and/or fees are filed with the Clerk before the hearing date, this Order to Show Cause

will be vacated and no appearance is required.

Unless all required documents and/or fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.


Dated: October 29, 2020
JAN: mjb

Michael B. Kaplan
United States Bankruptcy Judge