| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Lee R. Jefferson<br><br><br>Debtor(s) | Case No.: 20-22098 / MBK<br><br>Chapter 13<br><br>Hearing Date: 3/2/2021 at 9:00 AM<br><br>Judge: Michael B. Kaplan |

## TRUSTEE'S OBJECTION TO MOTION TO RECONSIDER

**Albert Russo,** the Standing Chapter 13 Trustee, hereby objects to the Motion to Reconsider for the following reason:

1. The debtor has failed to provide the Trustee with proof of income for September or November.

Dated:  February 3, 2021                                          /s/ Albert Russo
                                                                                      Albert Russo, Standing Chapter 13 Trustee
                                                                                      By:  David Martin, Staff Attorney